# UNITED STATES DISTRICT COURT

IN CLERKS OFFICE

Eastern Division    District of Massachusetts

2004 JAN -5 P 12: 02

U.S. DISTRICT COURT

Export Development Canada

v.

North American Woodwork Corp.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **03 CV 12587 RCL**

TO: (Name and address of Defendant)

North American Woodwork Corp.
3163 Mystic Valley Parway
Medford, MA 02155

c/o Michael F. Gaffny, Resident Agent

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward A. Broderick, Esq.
Shlansky & Broderick, LLP
1011 Beacon Street
Brookline, MA 02446

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS    DEC 22 2003

CLERK    DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

DATE

NAME

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext 3590

*Essex, ss.*

December 30, 2003

I hereby certify and return that on 12/29/2003 at 03:35 pm I served a true and attested copy of the summons, complaint and civil cover sheet in this action in the following manner: To wit, by leaving at the **last and usual place of abode of MICHAEL F. GAFFNY, ESQ.,** 1 Woodman Road, Amesbury, MA 01913, and by mailing 1st class to the above address on 12/29/2003. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($17.60), Postage and Handling ($3.00), Copies ($10.00) Total Charges $55.10

Deputy Sheriff

Deputy Sheriff Robert Andrews

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SHLANSKY & BRODERICK, LLP
1011 BEACON STREET
BROOKLINE, MASSACHUSETTS 02446
TEL: (617) 738-7080
FAX: (617) 738-5003

FILED
IN CLERKS OFFICE

2004 JAN -5 P 12: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 31, 2003

**By First Class Mail**

Clerk for Civil Business
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Export Development Canada v. North American Woodwork Corp., USDC for the
District of Massachusetts, Civil Action No. 03CV12587-RCL

Dear Sir/Madam:

Enclosed please find a return of service for defendant North American Woodwork Corp. in the above-referenced action:

A copy of the above-referenced documents is also enclosed. Please stamp the copy with the date of filing and return it to me in the self-addressed, postage prepaid envelope enclosed.

Thank you for your assistance.

Sincerely yours,

Edward A. Broderick

Enclosure

cc:   Alison Besunder, Esq.
      Harleen K. Kahlon, Esq.