UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,<br><br>Plaintiff,<br><br>-against-<br><br>NORTH AMERICAN WOODWORK CORP.,<br><br>Defendant. | 03-Civ-12587 (RCL)<br><br>**ANSWER TO COUNTERCLAIM** |

Plaintiff, Export Development Canada ("EDC"), by and through its attorneys, Shlansky & Broderick, LLP, as and for its answer to the Counterclaim of Defendant North American Woodwork Corp., Inc. ("NAWC") (the "Counterclaim"), respectfully states as follows:

    1.    Plaintiff/Counterclaim-Defendant EDC denies each and every allegation set forth in paragraph 1 of the Counterclaim, except admits that Ebenesterie Nemus ("Nemus") and NAWC entered into an agreement and respectfully refers the Court to the complete documents identified or otherwise referred to for a full and accurate statement of their contents.

    2.    Plaintiff/Counterclaim-Defendant EDC denies each and every allegation set forth in paragraph 2.

    3.    Plaintiff/Counterclaim-Defendant EDC states that the allegations set forth in paragraph 3 of the Counterclaim allege a legal conclusion to which Plaintiff/Counterclaim-Defendant is not required to respond, and otherwise denies each and every allegation set forth in that paragraph.

4. Plaintiff/Counterclaim-Defendant EDC denies each and every allegation set forth in paragraph 4.

### FIRST AFFIRMATIVE DEFENSE

5. Defendant NAWC fails to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

6. Defendant NAWC's counterclaim is barred by the doctrine of waiver.

### THIRD AFFIRMATIVE DEFENSE

7. Defendant NAWC's counterclaim is barred by the doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE

8. Defendant NAWC's counterclaim is barred by the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

9. Defendant NAWC is estopped from asserting its counterclaim by virtue of its own conduct.

### SIXTH AFFIRMATIVE DEFENSE

10. Defendant NAWC's conduct modified the terms of the Agreement.

### SEVENTH AFFIRMATIVE DEFENSE

11. Defendant NAWC's counterclaim is barred by virtue of NAWC's assumption of the risk of loss of the goods which it alleges were deficient.

**WHEREFORE**, plaintiff EDC demands judgment against Defendant NAWC dismissing Defendant NAWC's counterclaim, and awarding costs and attorneys' fees, together with such other and further relief as this Court deems just and proper.

Dated: March 4, 2004

Respectfully Submitted,

SHLANSKY & BRODERICK, LLP

By: *Edward A. Broderick*
Edward Broderick, BBO # 566826
1011 Beacon Street
Brookline, MA 02446
(617) 738-7080
Attorneys for Plaintiff/Counterclaim-Defendant Export Development Canada

Of Counsel:
ARENT FOX PLLC
1675 Broadway
New York, NY 10019
(212) 484-3900

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing document to be served by first class mail to John T. Lamond, Esq., counsel for defendant, at Latham, Latham & Lamond, P.C., 643 Main Street, Reading, MA 01867.

*[signature]*
Edward A. Broderick

Dated: March 4, 2004