UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,<br><br>Plaintiff,<br><br>-against-<br><br>NORTH AMERICAN WOODWORK CORP.,<br><br>Defendant. | 03-Civ-12587 (RCL)<br><br>**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1** |

As required by Local Rule 16.1, the parties have conferred pursuant to Rule 16.1(B) and hereby submit the following joint statement in anticipation of the Scheduling Conference set by the Court on March 17, 2004.

I.   **AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

The parties suggest that the primary purpose of the scheduling conference should be to set the discovery schedule.

II.  **SUMMARY OF POSITIONS ASSERTED BY PLAINTIFF AND DEFENDANT**

   A.   **Plaintiff Export Development Canada's Position**

Plaintiff Export Development Canada ("EDC") maintains that this is a simple action to collect a commercial indebtedness of Defendant North American Woodworking Corp. ("NAWC") to Ebenisterie Nemus ("Nemus"), of whom EDC is an assignee, pursuant to an agreement to manufacture custom-made furniture and related goods. Nemus manufactured and delivered the goods to NAWC pursuant to that agreement. NAWC breached that agreement by, *inter alia*, failing and refusing to pay Nemus for

1

those goods. Plaintiff submitted a written settlement proposal to Defendant on March 5, 2004 through counsel.

B.  **Defendant North American Woodworking**

Defendant North American Woodworking Corporation maintains that this is a contested matter in which the quality, and the timeliness of the delivery, of the materials at issue are in considerable dispute, as the plaintiff's assignor's unwarranted and impermissible assignment of certain of its nondelegable duties per the contract. Nemus breached the Agreement between the parties in these and other respects repeatedly, and those contractual violations caused consequential damages to the defendant, the cumulative effect of which forms the basis of defendant's counterclaim. There also exist unresolved questions about the validity of the subject assignment from Nemus to the named plaintiff.

III.  **PROPOSED DISCOVERY PLAN**

| | |
|---|---|
| Initial Disclosures will be served by | March 10, 2004 |
| Notices of Deposition will be served by | March 12, 2004 |
| Written discovery will be completed by | July 12, 2004 |
| Depositions will be completed by | October 30, 2004 |
| Expert witness reports will be exchanged by | December 31, 2004 |
| Rebuttals of expert witness reports will be exchanged by | January 31, 2005 |
| All discovery will be completed by | February 28, 2005 |

In light of the simplicity of the case, the parties do not believe that phased discovery would expedite the matter.

IV.     **PROPOSED SCHEDULE FOR THE FILING OF MOTIONS**

All dispositive motions will be filed by May 31, 2005.

V.      **CERTIFICATION REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION**

Counsel have conferred, as have the parties with their respective counsel, with respect to establishing a budget for the costs of litigation and the use of alternative dispute resolution. It is difficult for EDC to estimate the cost of litigation at this time. As to alternative dispute resolution, EDC maintains that alternative dispute resolution procedures would not be useful to the parties at this time. The required certifications are attached hereto as Exhibits A and B.

> Respectfully Submitted,
>
> For Plaintiff/Counterclaim-Defendant
> Export Development Canada
>
> SHLANSKY & BRODERICK, LLP
>
> By: _/s/ Edward Broderick_
> Edward Broderick, BBO # 566826
> 1011 Beacon Street
> Brookline, MA 02446
> (617) 738-7080
>
> Of Counsel:
> ARENT FOX PLLC
> 1675 Broadway
> New York, NY 10019
> (212) 484-3900

For Defendant/Counterclaim Plaintiff
North American Woodwork Corp.

LATHAM, LATHAM & LAMOND, P.C.

By: _____
John T. Lamond, BBO # 284040
643 Main Street
Reading, MA 01867
(781) 944-0505

Dated: March 10, 2004

4