SHLANSKY & BRODERICK, LLP
1011 BEACON STREET
BROOKLINE, MASSACHUSETTS 02446
TEL: (617) 738-7080
FAX: (617) 738-5003



March 15, 2004

**By First Class Mail**

Clerk for Civil Business
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Export Development Canada v. North American Woodwork Corp., USDC for the District of Massachusetts, Civil Action No. 03CV12587-RCL

Dear Sir/Madam:

Enclosed for filing in the above-referenced action please find a signed certification, which should be substituted for Attachment A to the parties' Joint Statement Pursuant to Local Rule 16.1, filed on March 11, 2004. I failed to sign as attorney on the certification that was filed.

A copy of the above-referenced document is also enclosed. Please stamp the copy with the date of filing and return it to me in the self-addressed, postage-prepaid envelope enclosed.

Thank you for your assistance.

Sincerely yours,

Edward A. Broderick

Enclosure

cc:   John T. Lamond, Esq. (by fax)
      Alison Besunder, Esq. (by fax)
      Harleen K. Kahlon, Esq. (by fax)