63-12587-RCL

## Attachment A

**Export Development Canada's Certification in Compliance with L.R. 16.1(D)(3)**

This is to certify that Export Development Canada and its counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

By: Edward Broderick, Esq.
Counsel for EDC

By: RECOVERY SERVICES MANAGER
Export Development Canada

DOMINIQUE PROULX
EXPORT DEVELOPMENT Canada