UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,<br><br>Plaintiff,<br><br>-against-<br><br>NORTH AMERICAN WOODWORK CORP.,<br><br>Defendant. | 03-Civ-12587 (RCL) |

**ASSENTED TO MOTION FOR
ADMISSION *PRO HAC VICE* OF ALISON J. BESUNDER, ESQ.**

Edward A. Broderick of Shlansky & Broderick, LLP, counsel for Plaintiff/Defendant in Counterclaim, Export Development Canada ("EDC") a member of the bar of this court who has already entered his appearance in this action, hereby moves, pursuant to Local Rule 85.5.3(b) for the *pro hac vice* admission of Alison J. Besunder, Esq, of the firm Arent Fox PLLC, 1675 Broadway, New York, NY 10019-5820 to act as additional counsel for EDC. In support of the motion, the undersigned respectfully states as follows:

1. Ms. Besunder's firm, Arent Fox PLLC, is regular counsel to EDC in collection matters throughout the United States.

2. Ms. Besunder attests in the certificate, attached hereto as Exhibit A, that:

    a) She is a member of the bar in good standing of the States of Massachusetts and New York, the two jurisdictions in which she is admitted to practice,

as well as the bar of the United States District Courts for the Eastern and Southern Districts of New York.

        b)     There are no disciplinary proceedings pending against her in any jurisdiction.

        c)     She is familiar with the Local Rules of the United States District Court of Massachusetts.

        3.     This motion is made with the assent of counsel for Defendant/Plaintiff in Counterclaim, North American Woodwork Corp., Mr. John T. Lamond.

**WHEREFORE**, the undersigned respectfully moves that Alison J. Besunder be admitted *pro hac vice* in this action.

Respectfully Submitted,

For Plaintiff/Counterclaim-Defendant
Export Development Canada

SHLANSKY & BRODERICK, LLP

By: *Edward Broderick* (signature)
Edward Broderick, BBO # 566826
1011 Beacon Street
Brookline, MA 02446
(617) 738-7080
Attorneys for Plaintiff/Counterclaim-
Defendant Export Development
Canada

ASSENTED TO:

For Defendant/Counterclaim Plaintiff
North American Woodwork Corp.

LATHAM, LATHAM & LAMOND, P.C.

By: *John T. Lamond / by EMB w/ express permission* (signature)
John T. Lamond, BBO # 284040
643 Main Street
Reading, MA 01867
(781) 944-0505

Dated: March 17, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing document to be served by hand delivery to:

John T. Lamond, Esq.,
Latham, Latham & Lamond, P.C.
643 Main Street
Reading, MA 01867.

*Edward G. Broderick*
Edward A. Broderick

Dated: March 17, 2004

NYC/132994.1                                   4