UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,<br><br>Plaintiff,<br><br>-against-<br><br>NORTH AMERICAN WOODWORK CORP.,<br><br>Defendant. | 03-Civ-12587 (RCL) |

**CERTIFICATE IN SUPPORT OF THE ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* OF ALISON J. BESUNDER, ESQ.**

Alison J. Besunder certifies as follows:

1. I am an associate with the firm Arent Fox PLLC ("Arent Fox"). Arent Fox is counsel to EDC in collection matters throughout the United States.

2. I am a member of the bar in good standing of the States of Massachusetts and New York, the two jurisdictions in which I am admitted to practice, as well as the bar of the United States District Courts for the Eastern and Southern Districts of New York.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court of Massachusetts.

_____
Alison J. Besunder, Esq.
ARENT FOX PLLC
1675 Broadway
New York, NY 10019
(212) 484-3900

NYC/135595.1                                1

Dated: March 17, 2004