UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,  )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH AMERICAN WOODWORK CORP., )<br>)<br>Defendant. )<br>_____) | CASE NO. 03-CV-12587 RCL |

### JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE
### SET FOR MAY 26, 2005 at 3:00 p.m.

Plaintiff Export Development Canada and defendant North American Woodwork Corp. hereby jointly move the Court for a continuance of the Pretrial Conference in this matter, currently scheduled for May 26, 2005 at 3:00 p.m.

As grounds for this motion, undersigned counsel submit that at the end of last week they discovered that defendant North American Woodwork Corp. filed papers with the Massachusetts Secretary of State seeking a voluntary corporate dissolution on April 11, 2005. In light of this unexpected development, counsel seek an additional month to determine how to proceed with this action, which they have agreed to do as expeditiously as possible.

If the Court is amenable to rescheduling the pretrial conference, undersigned counsel are

available at any time on the following dates: Wednesday, June 22, 2005, Monday June 27, 2005 and Thursday, June 30, 2005.

Respectfully submitted,

For Plaintiff Export Development Canada,

*[signature]*
Edward A. Broderick, BBO # 566826
The Law Office of Edward A. Broderick
1011 Beacon Street
Brookline, MA 02446
Tel (617) 738-7080
Fax (617) 738-5003
Email: tedbroderick@sbcounsel.com

For Defendant North American Woodwork Corp.,

*[signature] John T. Lamond / by EAB w/ express permission*
John T. Lamond, BBO # 284040
LATHAM, LATHAM & LAMOND, P.C.
643 Main Street
Reading, MA 01867
Tel (781) 944-0505
Fax: (781) 944-7079
Email: jlamond@latham-lamond.com

Date: May 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and accurate copy of the foregoing document by facsimile and mail upon counsel for defendant North American Woodwork Corp. at the following address:

John T. Lamond, Esq.
LATHAM, LATHAM & LAMOND, P.C.
643 Main Street
Reading, MA 01867
Facsimile (781) 944-7079

*[signature]*
Edward A. Broderick

Date: May 23, 2005

2