UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EXPORT DEVELOPMENT CANADA

      V.                        CIVIL ACTION NO. 03-12587-RCL

NORTH AMERICAN WOODWORK CORP.

## ORDER OF DISMISSAL

**LINDSAY, DJ.**                        **JUNE 27, 2005**

THE ABOVE-CAPTIONED ACTION HAVING BEEN CALLED FOR A "FINAL PRE-TRIAL CONFERENCE" ON THIS DATE, AND COUNSEL HAVING FAILED TO APPEAR AFTER BEING DULY NOTICED,

IT IS HEREBY ORDERED:   THE CASE IS DISMISSED PURSUANT TO LOCAL RULE 41.1 FOR FAILURE OF THE PLAINTIFF TO PROSECUTE.

<u>CASE DISMISSED.</u>

SO ORDERED.

                                      REGINALD C. LINDSAY
                                      UNITED STATES DISTRICT JUDGE

**BY:**

            **/s/ Mary H. Johnson**
              **Deputy Clerk**